# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

### NO. 03-20-00140-CV

---

**Brandon D. Hicks, Appellant**

**v.**

**Latisha D. Hicks, Appellee**

---

### FROM THE COUNTY COURT AT LAW NO. 4 OF WILLIAMSON COUNTY
### NO. 19-1102-FC4, THE HONORABLE JOHN B. MCMASTER, JUDGE PRESIDING

---

## M E M O R A N D U M   O P I N I O N

Brandon D. Hicks, appearing pro se,[1] wishes to appeal what he describes as "the order awarding title to the property located at 2602 Glen Field Drive, Cedar Park, TX in Williamson County." Although it is not clear from the notice of appeal or the record, his description appears to refer to a temporary order rendered in the course of the divorce proceeding below. Yet a temporary order, "except an order appointing a receiver, is not subject to interlocutory appeal." *See* Tex. Fam. Code § 6.507.

On April 15, 2020, this Court sent Hicks a letter asking him to identify an appealable judgment or order over which this Court may exercise jurisdiction. The letter indicated that failure to do so might result in dismissal of the appeal. Hicks's response was due

---

[1] We hold pro se litigants to the same standard as those represented by counsel. *United Copper Indus., Inc. v. Grissom*, 17 S.W.3d 797, 805 n.6 (Tex. App.—Austin 2000, pet. dism'd).

April 27, 2020, but Hicks did not file a response.  Accordingly, because Hicks has not identified an appealable judgment or order, we dismiss his appeal for want of jurisdiction.

 

 

_____

Edward Smith, Justice

Before Justices Goodwin, Kelly, and Smith

Dismissed for Want of Jurisdiction

Filed:   May 5, 2020